U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| George Wright, Plaintiff, v. Washington Mutual, and Washington Mutual Home Loans, Inc., Defendants. | FILED: AUGUST 6, 2008<br>08CV4423<br>JUDGE GUZMAN<br>MAGISTRATE JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

George Wright
Plaintiff

JFB

| NAME (Type or print) |
|---|
| Nicholas Esposito |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ Nicholas F. Esposito |
| FIRM |
| Esposito & Staubus |
| STREET ADDRESS |
| 7055 Veterans Blvd., Unit B, Burr Ridge, IL 60527 |
| CITY/STATE/ZIP |
| Burr Ridge, IL 60527 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 0755176 | 312.346.2766 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐