U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>George Wright,<br>    Plaintiff,<br>v.<br>Washington Mutual, and Washington Mutual Home Loans, Inc., Defendants. | Case Number:<br><br>FILED: AUGUST 6, 2008<br>08CV4423<br>JUDGE GUZMAN<br>MAGISTRATE JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

George Wright
    Plaintiff

JFB

| |
|---|
| NAME (Type or print)<br>Bradley Staubus |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ [signature]    /s/ Bradley K. Staubus |
| FIRM<br>Esposito & Staubus |
| STREET ADDRESS<br>7055 Veterans Blvd., Unit B, Burr Ridge, IL 60527 |
| CITY/STATE/ZIP<br>Burr Ridge, IL 60527 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6230326 | TELEPHONE NUMBER<br>312.346.2766 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐