## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| George Wright, | FILED: AUGUST 6, 2008 |
| Plaintiff, | 08CV4423 |
| v. | JUDGE GUZMAN |
| Washington Mutual | MAGISTRATE JUDGE COX |
| Defendant. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JFB

George Wright,
    Plaintiff

| NAME (Type or print) |
|---|
| JAMES B. ZOURAS |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ _[signature]_      /s/ James B. Zouras |

| FIRM |
|---|
| STEPHAN ZOURAS, LLP |

| STREET ADDRESS |
|---|
| 205 N. MICHIGAN AVE., SUITE 2560 |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6230596 | 312-233-1550 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐